Eric Houser (SBN 130079)
Charles Tony Piccuta (SBN 258333)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California  92618
Phone: (949) 679-1111
Fax: (949) 679-1112
ctpiccuta@houser-law.com

Attorneys for Defendant,
BARCLAYS CAPITAL REAL ESTATE, INC. dba HomEq Servicing

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ, | CASE NO.:  09-cv-681 ODW (JWJx) |
| Plaintiff, | Hon. Otis D. Wright II |
| vs. | |
| | **JUDGMENT** |
| GF MORTGAGE, INC dba GREYSTONE FINANCIAL, a California corporation; BARCLAYS CAPITAL REAL ESTATE, INC. a Delaware Corporation dba HomEq Servicing; QUALITY LOAN SERVICE CORPORATION, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation; and Does 1 through 50, inclusive, | |
| Defendants. | |

On April 19, 2010, this matter came before the Court, Honorable Otis D. Wright, II presiding, on Defendant, Barclays Capital Real Estate, Inc. d/b/a HomEq Servicing's Motion for Summary Judgment. Aidan Butler appeared on

**Judgment**
1

1  behalf of Plaintiff, Elizabeth Hernandez. Charles Tony Piccuta appeared on behalf
2  of Defendant. The court heard argument from counsel and after considering the
3  arguments and pleadings presented, granted Defendant's Motion for Summary
4  Judgment by an Order entered on April 19, 2010. Based on this Ruling:

5  **IT IS SO ORDERED AND ADJUDGED** that the plaintiff take nothing
6  against Defendant Barclays Capital Real Estate, Inc. d/b/a HomEq Servicing, that
7  judgment be entered in favor of Defendant, that the action be dismissed on the
8  merits and that Defendant recover its costs.

10  DATED: April 30, 2010          _____
11                                 The Honorable Otis D. Wright, II
                                   United States District Court Judge

**Judgment**
2